-FILED-

NOV 29 2023

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States District Court

Northern District of Indiana

Hammond Division

Garrett Whitehead,

plaintiff

Cause No.: **2:23 CV 422**

Defendant Lake County,

jail, classification,

correctional officers

The Defendant name and job title? Classification Janne H last Firstunknown - First unknown Gentry last Classification - First unknown last Prowler Correctional Officer - First unknown last Modechie Correctional Officer - First unknown last Harrington Correctional Officer, First unknown last Ham Correctional Officer - First unknown last Murphy Correctional Officer - First unknown last Mayer Correctional Officer - Correctional Officer First unknown last Prowler - First unknown last Nicholas Corpal, First unknown last unknown Correctional Officer - Unknown First unknown last Correctional Officer

What is your Address? 2293 N. Main Street, Crown point Indiana 46307

What is your telephone number? N/A

Have you ever sue anyone for these exact claims? Yes or (No)
If yes Attach copies of the final Judgement or Additional Sheets listing the court case number, filing date, Judgement Date, and the results of the previous case

Claims and facts (write a short and plain statement stating what each Defendant Did Wrong using simple English, words and sentences)

Do not use legal or mathie legal Argument. Explain When, Where, Why, and How it happen Include Every Fact necessary to explain your case and describe your Injury or Damage

Number any Document you Attach and Refer to them by number in your Complaint.

Do not Include minor names

Do not Include Social Security number or Dates of birth

Use Each Defendant name Everytime you Refer to that Defendant

Number your paragraphs

Belief If you win this case what Do you want the court to order the Defendants to Do? pain and Suffering, Emotional stress, psychological compensation I leave to the Court to Decide how much compensation. I Decieve. I would like Any money Generated by the Above officials off of this scandal to be Confiscated. The Above officials Strip of they job title, And any Recording of me to Confiscated And Erase. If the video footage I requested in Each Grievance Support my claims And facts And the correctional officer I reported the Issue is Involved Filing Suit

Are you paying the filing suit? Yes or (No) $402.00

I understand that Im Responsible to notify the Defendant About the case And require by Federal Rule of civil procedure 4 that means If you want the Clerk to sign And Seal A summit you prepare the summit and commit to the Clerk? (Yes) or no

I Initial Each Statement

I would keep a copy of Each Complaint for my Record? (Yes) or no

I would properly notify the Court If Change Any Address? (Yes) or no

I Declare under penalty and perjury that the Statement in this complaint Are true? (Yes) or no

Genette Whitely

Continue

The DEFENDANT Name And job title ? First unknown last unKnown Correctional officer — First unknown last Shannon Swart — First unknown last Bauer Correctional officer — First unknown last Laurent Correctional officer

CLAIMS AND FACTS            GW            #Ø      December 6, 2021

I would like to inform the courts as well I have a civil suit filing to a drug, assault, sexual assault that happen to me on Dec 4, 2021 while being house in Lake County Jail by 4 inmates. Johnnie Wellin AKA Scratch, Tyreiese Coutture AKA Stix, Terrieonne Peterson AKA Tee AKA Pudge and Mark Niemnor AKA Shaggy with the assistance of classification. Jarnette first name unknown, correctional officer Powell last name unknown, correctional officer Ruiz, correctional officer Harrington Swart Shannon next day when this incident was recorded on cellar phone by Johnnie Wellin AKA Scratch which the cellar phone was giving to Johnnie Wellin AKA Scratch by a correctional officer unknown the next day, when Terrieonne Peterson AKA Tee AKA Pudge, Johnnie Wellin AKA Scratch, Tyreiese Coutture AKA Stix, and Mark Niemnor AKA Shaggy, and correctional officer unknown started plotting, telling, about Lake County Jail is filming a movie down here and if anybody want to earn some money, or take care they family while in jail need to sign they name on this list which me being one of the many individuals who sign my name on the list the next after that I Terrieonne Peterson Wellin Tee AKA Pudge start reading names off of the list of who got pick to be in the movie my name being one of the name (also nursing staff was involved as well with the sexual assault, assault, drug) Terrieonne Peterson AKA Tee AKA Pudge stated they said some of the movie is going to be on the internet and some people would have to play the gay role. I then get a video visit from the mother of my child Tonyanitha Cajoyce Harris AKA Neek telling me Terrieonne Peterson AKA Tee AKA Pudge got down on me but not telling me what Terrieonne Peterson AKA Tee AKA Pudge did Tonyanitha Ajoyce Harris AKA Neek went on to say, Tonyanitha Cajoyce Harris some get this money with Terrieonne Peterson AKA Tee AKA Pudge and Tonyanitha Ajoyce got some people in Lake County Jail unknown who suppose to help me. (Also some people from my neighborhood suppose to involved (LAFF's !) Be mindful this is a briefing and Lake County Jail Officials open my legal mail I be sending out and reading it and sharing the information with inmates trying to cover things up I also ask Judge Bakota Natalie

Claims and facts                    GW    #0

For a wire and camera, because of this nonsense Im going times Aaron Konice Public Defender For a wire and a camera, will Bondt for a wire and camera (Paralegal). Lahe County Jail mahe it hand to prove these actions Do to reacting Camera footage and reacting the movement on certain Camerat footage and excluding certain things if they have to. I later found out Inmates and staff official has a code tallh the Correctional Officer and Inmate refer to the targeted Inmate as 'Baby' Lab Rats, Hypes, peasants, certain tiers are refer to as City Block of Indiana, States, cities, Do to certain things the tiers lack Lahe County Jail Official base some of these concepts off of Pol Pot, Arnold Schwarzenegger Total Recall, Adolf Hitler, Jordan B. Peterson psychologically Charles H. Spurgeon, etc Lahe County Jail official sit in the central room have other Inmates provoke atagnize, etc by having other Inmate block path, causing the target Inmate to move a certain way, Inmate's showing there anus, on pears, Anything to get that action this is call playing the game for the Lahe County Officials And the money Has to be Generated from the Internet Darhweb, etc Because Any time something like the Inmate Above Do they Always Go check there account on talhing about How many views they just got. This is a briefing. Also I believe this has trimkle to the courtroom of Judge Brd Natalie Bokodtz And the baliff unknown because the camera Has been remove from Judge Natalie Bokodtz courtroom and now the court rely on the Baliff cellularphones I also ask for the court to get all the video footage of me being in Judge Natalie Bokodtz courtroom And if any foul play is found that Judge Natalie Bokodtz the Baliff unknown all Be sue as well in this Civil Suit Also Aaron Konice Public Defender will Bondt Paralegal both Denied me a wire and camera when I inform will Bondt paralegal Aaron Konice Public Defender of this Above matter And if Any foul play is found that both Aaron Konice Public Defender will Bondt Paralegal both be sue in this Civil Suit As well. Also Nurses Possible Assist As well As other Correctional Officers with stalling with handing you mail, Medications, etc

Claims And Facts ref#          GW   #

On July 27, 2023 while being Housed In Lake County Jail VA-POD I Had
Strong Reason to believe Inmates Unknown came Into my Cell 100 Im not
Sure possibly playing, or Staging Acts For Internet Views, I Requested
the Full VIDEO Footage And Audio (Hiding this ref#)

Claims And Fact Ref #          GW #

On August 2, 2023 while being Housed In Lake County Jail VA-POD I
Have Strong Reason to believe Inmates Unknown were Staging Acts Infront
Of me For Internet Views I Requested the Full VIDEO Footage And Audio
Also on August 3, 2023 As Well I Requested the Audio VIDEO Footage Of
the Whole Day          (Hiding this ref#)          ↓ Claims And Facts GW

ref# 358561061  Not Giving me 1983 For ms  10/8/2023 Saying I Have
I Have to Get them from A lawyer

Claims and facts  Dept # 191555652  (C.W)  #1

On July 24, 2022 while being housen in Cohr County Jail on X C-Pod I had Strong reason to believe Inmates C.W came into my Cell 324 XC-Pod while I was Sleep Doing homo sexual acts to me During the breakfast feed. During the breakfast feed the Correctional Officer who is in the control room normally Announce breakfast loud and clear over the Speaker and the tier usually be nusy, On July 24, 2022 I Didn't HEAR NO Correctional Officer Over the Speaker Announce breakfast and the tier was Completly Quiet + Nor Did I Hear my Door being buzz open. My Cell mate Charles Johnson Didn't tap my bunk asking Asking was I eating breakfast or Nothing, So when I came out for breakfast because I heard feet steps pass my Cell Door I Got up and Came out for breakfast And the whole tier was laughing and Snickering. Again During the Dinner Feed which I fell a lot Drowsy, after ate the lunch on July 24, 2022 and When I came out for Dinner my Door was Completly open and my Cell mate Charles Johnson was in the Dayroom already eating and our Cell Door 324 was wide open when I came out the tier was laughing and Snickering like He Been Violated me Referring to me. I ask Charles Johnson Did Charles Johnson let someone in the Cell while I was Sleep Charles Johnson Replied No. I Refuse lockthen Down press the call button Requesting for the Video tape of July 24, 2022 and to be move because I think someone came into my Cell 324 while I was Sleep During homo sexual acts to Correctional Officer Meyer Correctional Officer Meyers then called me out to the three hallway and place me in a holding cage outside XC-Pod.

Claims And Facts    Ref # 191558422    GW #2

On July 24, 2022 while being housed in Lathe county Jail XC-Pod In the outer Holding Cage while speaking to Correctional Officer Meyers. I explained Correctional Officer Meyers During the Break feed on July 24, 2022 I woke up to my Door 324 wide open And I Didn't Hear the Correctional Officer which run Announce the Breakfast feed over the speaker and when the Tier XC-Pod usually be Noisy but today July 24, 2022 the tier was completly Quiet and my Cellmate Charles Johnson Didn't Even Attempt to wake me up when I came out for the Breakfast the XC-Pod was laughing And Snickering. Again during the Dinner feed I was Real Drowsy because of the lunch tray and was sleep when I woke up to my cell Door Already open And my Cellmate Charles Johnson Already Eating in the Day Room XC-Pod And when I came out of my cell 324 the whole tier XC-Pod was laughing And Snickering Saying He been violate Referring to me I asked my Cellmate Charles Johnson Did Charles Johnson let someone in the cell while I was sleep Charles Johnson Replied No. I Explain to Correctional Officer Meyers I believe Inmates are Doing homo sexual act behind bars as well And staff is either taking picture or the Inmates are taking picture from the tablets or Cellz phones because I constantly Hear Inmate talking About how many views they just Got And how much they About to Get paid. I would turn around and Inmate Denzel (last name unknown) pants would be down showing Denzel (last name unknown) whole Dick out. Also Other Inmate names unknown would mysteriously Be without there cell without Hearing the Door buzz or Nothing and be Right behind me and the XC-Pod would start laughing and when I turn around the Inmate unknown would be walking off. I Explain also to Correctional Officer Meyer Inmates were when I Go And on XC-Pod be making Homo sexual Remarks toward me but not Saying my name. I explain to Correctional Officer Meyer the the when these matter I want to be when matter moves Correctional Officer Meyers States Correctional Officer Meyer has no control over these matter. I then Asks Correctional Officer Meyers to speak with the warden which Correctional Officer Meyer called Classifications And Classification / C/O Gentry which I private the Supposily had control over Inmovement.

Claims and Facts  Ref# 191789552  C/W #3

On July 24, 2022 while being house in Lake County Jail XC-Pod cutside in the holding cage Correctional Officer Meyers came back to come speak to me after allegely going to call Classification Jarrette and Classification C/O Gentry who had control over my movement and Correctional Officer Meyers explain to me that Classification Jarrette and Classification C/O Gentry stated I cant be move no where but XC-Pod which im already on X13-Pod which is already full (which I had moved from X13-Pod bo to the same person) Or 23/1 hour lock down which is already full. I explain to Correctional Officer Meyers I believe Classification Jarrette and Class-ification (Gentry) are in cahoots with these serious of incidents im having with Inmate everywhere Classification Jarrette and Classification (Gentry) about me. I ask Correctional Officer Meyers for the video footage of July 24, 2022 Correctional Officer Meyers stated Correctional Officer Meyers cant do that I told Correctional Officer Meyers I think Classifications Jarrette and Classification Gentry are splitting the pay off of the Internet views compensation with Inmates. Correctional Officer Meyers told me I had to go back to my Cell 334 with Charles Johnson which I complied

Claims and Facts     mcf#192309672    GW    #4

From July 24, 2023 on out while being Here in Lake County Jail XC-pod I make it my business to be up before breakfast, Lunch, and Dinner And I start noticing my Cell Door 324 would be on Dead lock in morning if I close it, the Door wouldn't be locked it would just be close. So I press the cell button And Report the issue to Correctional Officer Ham. I started noticing this becoming a habit Deeper especially when the whole tier XC-pod would be locked down and my Door would be unlocked so I press the cell button and Report the issue to Correctional Officer Murphey. The Cell Door would be unlock mysteriously by Correctional Officers unknown and I say unknown because a Inmate Doesn't know who is unlocking my cell Door From the Central Room. But I Reported this issue to Correctional Officer Mcdecline And Correctional Officer Frazier as well.

USDC IN/ND case 2:23-cv-00423-DRL-MGG document 1 filed 11/29/23 page 11 of 41

During these Following Days I report to Correctional Officer Miovickie Correctional Officer Frazier Correctional Officer Ruz Correctional Officer Meyers Correctional Officer Ham Correctional Officer Hannington. All to put a worklv Order in for my cell Door 324 XL-Pod because my Door would mysteriously be unlorth After I Check the cell Door to make sure it was locken. I Also Start to notice maintance never came to fix this issue.

Claims and facts      Ref#19286646a   GW   #6

On July 29, 2022 to July 31, 2022 while being housed in Lake County Jail I notice while out in the Dayroom hours Cell 325, 326, and 327 which is four potential Doors Stay on Deadlock and the Inmates last name unknown would Stay in they Cell and I Guess try to step out behind me and Do whatever when my back was turn. So I reported this issue as well on the following Days to Correctional Officer Mieneckie Correctional Officer Frazier Correctional Officer Pazden and C.P.L Nicholas when all DID nothing I also requested the video Footage to be stove for proof and verification

Claims and facts Ref# 229 300 482 Gw #7

On Janrey 30, 2023, January 31, 2023, Feburary 1, 2023 while being House in Lathe Ceenty Jail VB-POD. The Following DAys Inmate's name unknown stanted acting weird llike any time my back would be tern this same thing would be happening Inmates would be crowded next to my Door llike they would be wanting for me to Go to sleep Around Breakfast. My Cell mathe Earnest Hower Would start leaving the Door unlock Inmates unknown are Just walliing pass with they Hands penis in they pants llike they was wanting on me to tern they had for them to cp they penis. It Just start Getting weird. On Feburary 2, 2023 I Reporten this issue to Classification telmate. On Feburary 3, 2023 I reporten to Correctional Officer unknown. I honest don't know if the Inmates unknown was earning money through Internet vistus because when something weird would be done the Inmates unknown would check they Account to see if money would be on there Account which I don't know. Dont see in cass. but

CLAIMS AND FACTS          REPT # 377059261     GW   # 8

On October 11,2023 while being Housed in Lake County Jail H-Pod while Being Protected Custody Correctional Officer Unknown Allow Another Inmate out During my Range while I was out. I Dont Know what the Inmate was Doing before He came out or how long the Inmate was out before I notice him. Again I Dont Know if this is for Intendet purposes or what but I Reported it to the Correctional Officer Unknown and I Grievance the issue Requesting the fullvideo Footage. Also the Video footage in the control Room would tell Alot.

Claims and Facts    Ref# 378736041 GW   #9

On October 19, 2023 while being house in Lake County Jail H-pod I was out on range while out on range there was another inmate unknown with regular street clothes in the bullin connected to H-pod the inmate unknown in the bullin both was being call by correctional officer unknown while I was out using my range and ask me what the correctional officer unknown in the central room say which was impossible for me to know I just ignore the inmate unknown in regular clothes the inmate unknown in regular clothes kept calling me and scream then proceed to leave off of H-pod then come back and call me and scream again I the staff in the control room was coaching the inmate on what to say, or to say whatever it was the staff unknown wanting the inmate in regular clothes to say, I told the inmate unknown in regular street clothes to stop calling me and scream the inmate unknown in regular street clothes look like the inmate unknown in street clothes was ready to become combative I just ignore the inmate in street clothes then the inmate in street clothes left H-pod I ask correctional officer Brosa who was the correctional officer who allow the inmate unknown in street clothes out with me during my range with no escort correctional officer Brosa then shatter correctional officer Brosa don't know I file a grievance asking for the full video and audio of H-pod tier, control room, lobby and inside of my cell 126 correctional officer again assist these matter from the control room or by having other staff or correctional officer relate the message on what they want said on done.

Claims and facts    Reff# 379 522 081    Gw #10

On October 21, 2023 while being Hewse In Lake County Jail H-pod I was Sleep And woke up to Correctional OFFICER Cninnawn with my Door open Asking me DID I want to Change my blanket which I Did but what steen there was a Inmate who Goby Jimmy In the Dayroom while Correctional OFFICER Cninnawn conDucten the blanket Change when the blanket Exchange was Done the Inmate who unknown Came at After Jimmy Stated that was hand work I Dont know what the Inmate Cnlinawn was tallking About but I Deawesto the video footage of this as well Also the Control video footage as well, H-pod, And insine my cell. I Reportes this issue to Correctional Officer Patten

Claims and facts        Ref # 391.002861   Grw   # 11

On November 12, 2023 while being House In Caine County Jail H-pod protected Custody Correctional OFFICERS / Stuart Shannon Allow A bunch of Inmates In the bullpin Connected to H-pod I Dont know if Stuart Shannon was trying to paint A picture but I Requested the use a Footage of H-pod, Central booth, lobby, etc to be reviewed I Reponded to Bannuich About the issue when Bannuich Came to wash (possibly talking picture by phone, camera, etc for Internet purposes)

Claims and facts  Ref# 393035351  GW  # 12

On November 13, 2023, while being housed in Lake County Jail In H-pod Correctional Officer Bowen allow Cell 029 trans gender out while I was Doing my urine screen again I don't know if correctional officer Bowen was trying to paint a picture or what, but I requested the full video footage of this incident as well. I'm on protected custody, plso the control room wiped footage, possibly take live picture by phone, cameras, etc. for internet purposes. I reported to correct. messege, tierna officer holly and Sgt Nicholm who do nothing.

USDC IN/ND case 2:23-cv-00422-DRL-MGG   document 1   filed 11/29/23   page 19 of 41

While being housed in Lake County Jail on October 20, 2023  It was the Inmate Alonzo Jones in cell 125 was let out of his cell while I was out on Range this is ongoing thing As you can see Correctional Officer Laurent was the Correctional Officer who Escorted cell 125 Alonzo Jones off the tier It was then Alonzo Jones was Escorted back to his cell 125. On October 23, 2023 Alonzo Jones And Another Inmate on his new cell 127 both went Home And Alonzo Jones Came back to the H pod October 27, 2023 cell 231 then Alonzo Jones left October 28, 2023 or October 29, 2023 and came back in November 14, 2023 back to cell 125 Also the Guy in cell 127 that was Also went Home October 23, 2023 came back And was placed in cell 127 this was Early November of 2023 I'm in cell 126. I Requested the Full video Feotage of October 20, 2023 Day room but Also the control Room might Explain Something in Favor of why cell 125 Alonzo Jones was let out

Claims And Facts    Beff # 388 840741    Gw        # 14

On November 10, 2023 While being housed in Lathe County, Jail H-pod. I file a grievance on Lathe County Jail, Correctional Officers, Detective, Police Officer Staff, And some Inmates have an operation call bidding. Where these above officials and some Inmates Aterorize other Inmates By Bicrling Inmates Paths or walking in Groups forcing Inmates to move a certain way, pulling there pants down, Anything to provoke the tangeted Inmate Etc Correctional officers, police officers, Staff Etc Control this movement from the control Room usly by communicating possibly through phone, Apple watch, tablet, etc officers sits in the control room and watch sports, movie, Commercials, etc And Re Impact these Acts with a slight wisl of there own, this call playing the Game. For correctional officers, I believe some knew some Correctional officers who Are Involve in this Bidding operation could watch the tangeted Inmate somehow from there home. The tanget Inmate is referred to as the baby, lab rats, hypes, Etc the baby term is usually because the target Inmate movement is being watch 24/7, lab rat is basically because of experiment of what Correctional officer, Staff, etc come up with And try to on the tangeted Inmate, And hype is basically the staff, Inmate Correctional officers messing with the tangeted Inmate weird psychologically. The tiers Are refer to as states, City, streetblocks etc for various reason because each tier lack certain things the other tiers Dont have, Cameras in certain spots, Doors that come out Instead of in, light Dimming, Etc And staff utilize this to Advantage to Do whatever they think of to Act a it. The tangeted Inmate be force to move to certain tiers by other Inmates psychologically, Abuse him, Attaching him, etc. The Inmates usually in A 9 to1, 15 to1, 32-1, Rotations the 15 tol Rotation be broken Down to 2 to 3 Groups with set Psuedas the 32 tol Rotation be broaten Down 7 to 8 man Groups And would Constantly shuffle however long the tanget In mate is on the tier. If the target Inmate who is being Aterorize Refort physically He would be Jumped by Group of Inmates and it would become a wonser Environment, Correctional officer once Staff play with the tangeted Inmate Food Commissary, by shortage of food, stale spoil food, Disgusting Acts Done to food commissary bring up stale products, or only come once A week Depending on store Anything to control the tangeted Inmate weight Staff Also has A Resealer So they can reseal certain Commissary Items After Inmates tamper with there products this would be Done by usually the target Inmate Cellmate when this target Inmate Steps out of the cell Shower use phone etc I believe this is being place on the Internet Darkweb, Also this possibly than trinkle Down to the

Ticket

Claims and Facts                    Cw      #

On February 26, 2023 while being house in Cable County Jail VB-Pod Cable County Jail conducted a Shafedown on VB-Pod while their Having multiple officer physically body search every inmate on VB-Pod tier and place the whole tier VB-Pod together In A Vestibule For OVER 4 Hours while multiple Correctional Officer Search the whole VB-POD Cells. (February 26, 2023 was the day, I suppose to Recieve Some legal mail Involving Another Civil matter) while In this vestibule I would say After 3½ hours of being INSIDE I was Facing the Door of the ves-tibule And Rashad Cunningham who was behind me with multiple other Inmate was Doing Something behind my back All the Guys unknown who Rashad Cunn-ingham was with was Facing my back I Guess Coaching Rashad Cunningham what to Do who I never had A Altercation with before, So Every time I would turn around to Face Rashad Cunningham because I Could feel someone who might up on me Rashad Cunningham would turn around Quickly So I just Face Rashad Cunningham way, And Rashad Cunningham was like what An I Said what And A older bigger Inmate unknown Start Acting like He was About to help Rashad Cunningham, So I tried to walk to the back to avoid Confrontation with Rashad Cunningham Apon walking to the back of the Ves-tibule Rashad Cunningham Punch me And Attack me, the VB-POD tier Inside the Vestibule broke it up and Correctional officer Steally place me Inside of the holding CAGE where I was Sent to Segregation this is part of the Sport / Budding then because officers, officer's and staff who been in the facility longer or who has more money, or run this operation, who Has other Police, Correctional Officer, and Staff, Do there Dirty work by Relaying Messages, Giving Inmate bogus Food trays, Assisting Any way Calling the target Inmate to Inner Com, Stalling on Doing things, provoking the Inmate Anything to throw the target Inmate balance off to Help Carry out whatever Act, the Staff In the control Room then Come up with. Theres A video Recording because there was A Incident Report written I was then Moved to 3SD Block Segregation (Now I Have Another Legal matter I file in Addition to this litigation on Seperate matter but happen in this Incident my Property was Stealing Steling by Swart Jackson Correctional Officer Chism As Soon As I was brought to 3SD I Requested video Footage on that matter Also It Very Hard to know who Calling these Acts because the tiers in the new Jail Has tint Covering the window making It Impossible to know who In the Control Room and Correctional Officer And Staff Switch out Constantly.



SPERT
GRIEVANCE #1

Response 7/25/2022   Failure to Assist My complaint REF# 191555652

File 7/24/2022

DOI 7/24/2022

OC XC DOD   CERR XC DOD   REPORT Meyer   Help Meyer Brought me out to the
holding CAGE made a call to CLASSIFICATION AND SAID theres PRetty much nothing
he could do About it He Dont make the calls

I explained to CIO Meyer on July 24, 2022 I Had Reason to believe that

# SPORT
# GRIEVANCE # 1

Someone Came into my CELL At breakfast time playing like they was Doing Something Sexual to me while I was sleep because my Door was wide open And when I Came out for breakfast I heard people laughing And Snickering on July 24, 2022 again During the Dinner the same thing Happen And A Again when I Came out I Heard people Saying He been violated C/O Meyer Stated I Need to be more CAREful He stated Classification CAN Only move me from Xb-pod to XC-POD He Also WENT on to say another Guy who station on Xb-Pod is Having the Same prublom I'm Asking for the full Lusded footage for the whole Day of July 24, 2022 I'm Also Requesting this matter be Added Immediatly thanks you (Torrez valentine on the other tier Xb-POD)

3 Part

GRIEVANCE # 2

Response 7/25/2022   failure to Address my complaint proproly REF# 191558422
File 7/24/2022
Dist 7/24/2022
Loc XC Pod C Cell X C Pod  Report Clo Meyor Help station He pretty much cant do nothing
About it that I needs to be more careful
I Explain to clo Meyor that I Had Reason to believe Inmates detainees are doing
Homosexual Acts behind my back and taking picture of it with tablet getting internet
View save view possibly being posted by correctional officer who are securing the
te Inmate footage on family members where they get so many views and get paid off of
it im constantly Intraxing Inmate making homosexual Remarks not directly toward me
but toward me if that make any sense and saying how many views they just got And
How much they give get paid I explain all this to clo Meyor He said He dont Have
no control over these matter I ask to speak with the warden still nothing im requesting
full uncut footage from the whole Day of July 23,2022 and July 24,2022 And any
proof of this matter be found it be Address proporly



SporT

Psychological Torture

GRIEVANCE # 23

SporT

Response 7/27/2022  Classification mangment  REP # 191789552

File 7/25/2022

DOI 7/24/2022

Loc XC-Pod cwill XC Pod· Report Clo Meyer Help Clo Meyer Callen classificaten And they told them the only Place they could put me is Xb-Pon XC-Pon or 23/1 have lock Down because the facility is full

Im grievencing the fact that I have Deason to believe clk Jarrette And Clo Gentry ARE in Cohrest cwith local Detective to have me place in certaintiers Around certain in mates to Assist them in they case Against me I Also Have Denson to believe that C/C Jarrette And C/o Gentry Are Assisting C/o to have Certain Inmate place in Cent Rin tier where other Inmate take picture Then tablet or phones of them, Doing Hemo Sexual Acts to other Inmates while they sleep or behind they back in the C/o put Those picture on the Internet get Internet views and they Split the pay if the post make Enough views to where they Recieve Compensation this is A very serious

SPORT

GRIEVANCE #84

Response 7/28/2022                    REF# 192399672

File 7/28/2022

Do= 7/24,25,26,27,28,2022

LOC XC POD CUDR XC POD REPORT C/O Harris c/o FRAZIER C/o muRphey C/o mrgor
Help The following C/o DID Nothing about this issue In fact the issue begin to get
worse2 by the DAY As you can see the PATtern IN my grievance



Sport

Grievance #84

Im grievencing the Fact since July,24,2022 up until now It been continuos occur
rences where my Door 324 xc Pod my Door would be unlocked Mainily After
We all locked back up After breakfast Also After 2:30pm Count my Door
Would mysteriously be unlocken After we all krked Down as well as sant times
After we eat dinner in this After the Door is this Always Happen While Im sleep
Also I Have reason someone came into my cell while I was sleep on one
occassion I woke up And the Door was wide open Im asking may you please
Step the video footage of the full Day of those following days of this incident
thankyou

S PORT

GRIEVANCE # 85

Response 8/3/2022, mawitenance Failure to do tuny Job REF# 192742962
File 7/30/2022

DOI 7/24,25,26,27,28,29,30,2022

ICC XCPOD CURN XCPOD REPORT CICMIODECKLE CICFRAZIER CICRUIZ CICMEYOR
CICHAN CIC HARRINGTON HELP They ALL Claim thry put A WORK ORDER But Still
Nothing HAS HAPPEN

My DOOR ON XCPOD Cell 324 HAS A HABIT OF mysterously being unlocken during
None DAYROOM HOURS OF the Day WHICH DOESN'T MAKE Any Sense because I MAKE
SURE I CHECK it but SomeHOW it mysterously UNlock ALL OF A Sudden It been times
I Found my door wide open while I was sleep and everyone out eating breakfast
lunch or DINNER AND the C/C HASN'T MADE Any Announcement over the Speaker I
Also Address C/C FRAZIER C/C MEYOR C/C MIODECKLE C/C HARRINGTON About this
ISSUE AS WELL Im Asking that cell 324 XCPOD be FIXED Immodiatly And the Full
CAMERA Footage For these DAys be Stored thankyou

SPORT

GRIEVANCE # 86

Response 8/3/2022   Staff Failure to comply with institution Rule
File 7/31/2022        Ref# 192846492
DOI 7,29,30,31,2022 Lcc XC Pod Curr X C-Pod Report C/O Mlodockie C/O
FRAZIER C/O BRewer and CPL Nicholas Help These Fellow OFFICER DID Nothing
About this matter IN Fact they continue to let it go on
On the phone Dates the C/o continue to leave cell 325, 326, 327 Unlocked during
Dayroom hours I brought this issue to staff Still Nothing their was CPL
Nicholas IN the holding teer who also DID Nothing I would like the full video
Of these Days Here for proof and utrification of this matter to be address
IN A Professional way

SPORT

GRIEVANCE #

7

Response 2/4/2023   I keeping video Recording of the following Days
File 2/3/2023        Ref# 239300482
DoT 2/3/2022
             VB-Pod Re ex't   VB-Pod Re ex't
Loc VA-Pod    Cur12 VA-Pod           Report Requested to Classification on
February 2, 2023 Dont know the name of Staff who gave me Response
February 3, 2023  Help Nothing
Im grievanning the fact that I Requested the following video of the following
Days January 30, 2023 January 31, 2023 And February 1, 2023 be stored for
my lawyer purpose I have strong Reason the correctional officer is
staging false Activity with the assistance of detainee I remember
the full Activity of these following days I would Appreciate if they
store it.

Grievance # 8

Response 10/16/2022         Letting Inmate out by my
File 10/13/2022              Range Ref # 377059261
DoI 10/11/2022

Loc H-pod Curr. H-pod Report Correctional Officer unknown control
both Help let led him break up

On October 11, 2022 while out on my break range on protected custody
Correctional Officer unknown let Inmate out during my range time
for his 1m asthing for the full intor feotage of this issue.

GRIEVANCE #9

Response 10/19/2023    Letting Inmate out During my RANGE
File 10/19/2023         PrEF# 378736041
DOI 10/19/2023
LOC 1t-pod Curr. H-pod    Report Correctional Officer Grosh Help Nothing
On October 19, 2023 While oct on minge Inmate was Release out of the
bull pin into the lobby, Im requesting the video audio of the whole Day of
October 19, 2023 Insure of CEll 126 1t-pod, Control Room, And lobby thank you

Spent

GRIEVANCE #8 9 10

I Also REQUEST VIDEO Footage Audio of central Room, H-Pod t-tor, And Inside my cell.

Response 10/23/2023    Opening my cell Door while Inmate In
File 10/22/2023    the Day room REF # 379 522081
Dot 10/21/2023

Loc H-Pod Cell R H-Pod REPORT Correctional Officer Patton HelpDNothin
I was sleep And woke up to Correctional Officer Coming with my Door
Open Asking me DID I want to Change Identها which I was while Inmate was In
the Day room this is the same Correctional Officer who All us Inmate tolR up In
my cell The Inmate was talking About thank you that was Atter I Got up woke t And
out pass this have He locked up the other Inmate Came cel saw me that was heD work

GRIEVANCE #11

Response          Letting people cut during my range
File 11/13/2023          Ref # 391002861
Out 11/12/2023
Loc H-pod  Curr H-pod  Report Behavich    Held said He would check into it
On November 12, 2023 Correctional Officer/Sergeant Shannon Allow Inmates into
the bullpen during my range while I was out. I would like the full video footage
of H-pod, control room, and lobby to be stored for further notice.

GRIEVANCE #12

File 11/14/2023    RESPONSE                    ~~DATE~~ Letting Inmate out During

DOT 11/13/2023    REF# 393025351        My RANGE

Loc H-pod Corr. H-pod    Report Correctional Officer Welly, SGT Nicholas Help

Nothing

I would like full video Audio of the full Day of November 13, 2023 correctional

Officer Bowen Allowed cell 225 out while I was out on my range

Inmate check currence
Grievance # 13

RESPONSE                    Inmate out while I'm on RANGE
File 10/22/2023             REF# 379523771
DOT 10/20/2023
@ Loc H pod    Cure H pod    Report C/o Ryan   Help Nothing
C/O Laurent Let CEll 125 out During my RANGE while I was out CEll 125
left and Came back while I was out on RANGE this is An ongoing pro-
cess I would like the full video footage of this Day stored

GRIEVANCE #14

RESPONSE                            OFFICER, Detective, Correctional OFFICER, Staff, FEDERAL AGENTS
File 11/12/2023                11/13/13 Some Inmates Control Other Inmate
DOI 11/10/2023                    Into Atogonizing Other Inmates like a Sport
Lake County Jail Correctional OFFICER, Detective, OFFICERS POLICE, Staff, and Some
Inmate have an Operation Call bidding where these Above OFFICials and
Some Inmate arrive Other Inmates Atogonize Other Inmates By Blocking
they path by walking in group Forcing the Inmate to Move A Certain way,
Squirt urine or Bodily Fluids at him, pull they penis or pants Down, etc they trying
to Get the other Inmate Annoyed All this would be Control Fixom the Control
booth by Cellar phone, Smart watch, tablet, Computer, OR the OFFICER would
Came On tier And speak in code to Inference these Acts, IF the Inmate who is
Being Atogonize Reract physically He would be Attack by Groups of Inmate
putting the Inmate who is Being Attack IN A even worser ENVIRONMENT, Some thos
Inmate Do NOT Be penalize fer these Acts my IF they Do they make places some
where As if they Not Really Suffering For they wrong. They refer to thing is
As the Baby, I SEEN SGT. Storzek AND wrote Ask Him About my Handwritten.
Grievance Containing to this issue and a few Other issue Still Nothing
Also I Believe money is Being Generated by this possibly thru Recording
Internet

# NOTICE OF JAIL RULE VIOLATION

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CHARGED WITH THE VIOLATION OF THE FOLLOWING RULE(S) OF CONDUCT OF THE LAKE COUNTY JAIL:

INMATE GARRETT WHITTENBURG OF 3SD IS CHARGED WITH MAJOR OFFENSE K AND MINOR OFFENSE G

### PARTICULARS OF ALLEGED VIOLATION(S):

INMATE WHITTENBURG WAS OBSERVED FIGHTING IN THE V-POD VESTIBULE AREA.

A HEARING REGARDING THIS MATTER WILL BE CONDUCTED IN THE LAKE COUNTY JAIL ON:

| 23 | DAY OF | FEB. | 2023 | 8:30 AM-10 PM |
| DATE | | MONTH | Year | |

## YOU HAVE THE FOLLOWING RIGHTS CONCERNING THE HEARING

(1) TO HAVE NOT LESS THAN TWENTY FOUR (24) HOURS ADVANCED WRITTEN NOTICE OF THE DATE, TIME AND PLACE OF THE HEARING AND OF THE ALLEGED MISCONDUCT AND THE RULE OF MISCONDUCT IS ALLEGED TO HAVE VIOLATED, AND SAID HEARING SHALL BE HELD WITHIN SEVENTY-TWO (72) HOURS, EXCLUDING WEEKENDS AND HOLIDAYS.

(2) TO HAVE REASONABLE TIME TO PREPARE FOR THE HEARING

(3) TO HAVE AN IMPARTIAL HEARING OFFICER

(4) TO APPEAR AND SPEAK IN YOUR OWN BEHALF

(5) TO CALL WITNESSES AND PRESENT EVIDENCE

(6) TO CONFRONT AND CROSS-EXAMINE EACH WITNESS UNLESS THE HEARING OFFICER FINDS THAT TO DO SO WOULD SUBJECT A WITNESS TO A SUBSTANTIAL RISK OF HARM

(7) TO HAVE THE ASSISTANCE OF A LAY ADVOCATE (THE DEPARTMENT MAY REQUIRE THAT THE ADVOCATE BE AN EMPLOYEE OF, OR A FELLOW PRISONER IN THE SAME FACILITY OF THE PROGRAM.

(8) TO HAVE A WRITTEN STATEMENT OF THE FINDING OF FACT, THE EVIDENCE RELIED UPON AND THE REASON FOR THE ACTION TAKEN.

(9) TO HAVE IMMUNITY IF YOUR TESTIMONY OR ANY EVIDENCE DERIVED FROM YOUR TESTIMONY IS USED IN ANY CRIMINAL PROCEEDING.

(10) TO HAVE YOUR RECORD EXPUNGED OF ANY REFERENCE TO THE CHARGE IF YOU ARE FOUND NOT GUILTY OR IF A FINDING OF GUILT IS LATER OVERTURNED.

(11) TO HAVE ADMINISTRATIVE REVIEW OF THE HEARING OFFICER'S DECISION BY THE WARDEN OR THEIR DESIGNEE UPON SPECIFIC WRITTEN OBJECTIONS BY YOU SUBMITTED WITHIN SEVENTY-TWO (72) HOURS AFTER AN ADVERSE DETERMINATION BY THE HEARING OFFICER.

| 2-20-23 | SGT. ZELNIS | 584 |
| DATE | COMPLAINING OFFICER | BADGE NUMBER |

WITNESS:_____    WITNESS:_____

## ACKNOWLEDGMENT:

*I CERTIFY THAT I HAVE BEEN NOTIFIED OF THE PENDING HEARING REGARDING ALLEGED VIOLATIONS OF THE RULES OF CONDUCT OF THE LAKE COUNTY JAIL*

| | 2-21-23 | |
| NAME | DATE | TIME |

## WAVER OF HEARING

I HEREBY STATE THAT I HAVE BEEN INFORMED OF AND FULLY UNDERSTAND MY RIGHTS TO A HEARING ON CREDIT TIME ASSIGNMENT, AND BY SIGNING THIS I HAVE WAIVED SAID AFOREMENTIONED RIGHTS NUMBERED ONE THROUGH ELEVEN. I HAVE NOT BEEN COERCED IN ANY WAY TO WAIVE THESE RIGHTS.

| 2-21-23 | | #593 |
| DATE | INMATE SIGNATURE | WITNESS |

# Lake County Jail
## Inmate Conduct Form

Name: **Garrett Whittenburg**    Section: 35 D 8    Race: **B**    Age: **40**

DOB: 12/04/1982    Date Of Offense: 2/20/2023    Time of Offense: 9:15pm    Location of Offense: **V-pod**

Brief Description of Incident / Include Letter(s) of Offense in this Description:
Inmate was observed in a physical altercation with another inmate in violation of jail rules/policy.

Inmate will be charged with:

Minor(s): G
Major(s): K

SIGNATURE OF DUTY SUPERVISOR
sgt A M 4&P

SIGNATURE/BADGE # OF REPORTING OFFICER
#581

SIGNATURE/BADGE # OFFICER SERVING INMATE
589

Time: 10:15 pm    Date: 2/20/23

ORIGINAL – DISCIPLINARY DIVISION

## MINOR OFFENSE:  CHECK THE BOX OF THE CHARGE(S) THAT APPLY

☐ A.  Shouting, yelling and/or making loud and boisterous noises or using disrespectful, abusive, vulgar or profane language etc.  Talking is to remain at a conversational level.

☐ B.  Banging, knocking, beating, rattling or moving any part or partition of the jail causing noise not considered necessary.  Banging on the door will only be permitted, when an emergency, illness or injury is occurring in your section.

☐ C.  Failure to maintain personal hygiene and keep cell clean and sanitary or failure to do same when requested by Jail Staff.

☐ D.  Gambling

☐ E.  Possession of money or currency.

☐ F.  Lying or providing false information to Jail Staff.

☑ G.  Refusing to obey the lawful request of Jail Staff and/or disobeying any rules contained in the Handbook.

☐ H.  Loaning of personal or issued property or anything of value for profit, etc.

☐ I.  Being in an unauthorized area.

☐ J.  Tattooing or self-mutilation.

☐ K.  Traffic or attempt to traffic.

☐ L.  Hanging of items on cell walls, light fixtures, bars, bunks, etc., which may obstruct view or lighting.

☐ M.  Receiving or taking more than one (1) food tray.

☐ N.  Keeping or refusing to return jail supplied items.

☐ O.  Refusing to turn in plastic garbage bags on a one to one daily basis.

☐ P.  Tearing, shredding, burning or damaging any blanket, towel, mattress, sheet or other item of jail property.

☐ Q.  Hoarding or keeping more than one (1) week's Commissary items.

☐ R.  Smoking in a non-smoking facility.

☐ S.  Unauthorized use or abuse of mail privileges or telephone systems.

☐ T.  Tearing, altering or tampering with the wristband.

## MAJOR OFFENSE: CHECK THE BOX OF THE CHARGE(S) THAT APPLY

☐ A.  Resisting any Corrections Officer.

☐ B.  Assault and/or Battery or Attempted Assault and/or Battery on Any Corrections Officer, Staff, Volunteer or Inmate; grab, attempt to grab or touch any Staff through the food trap, bars, etc.

☐ C.  Threatening, harassing, bribing, or attempt to bribe anyone while in custody.

☐ D.  Escape or Attempt to Escape.

☐ E.  Consumption or Possession of Alcohol, anything that is self-made that can be used as intoxicant (Example: Hooch, etc.); cigarettes, tobacco products or illegal controlled substances or illegal drugs (Example: Marijuana, etc.).

☐ F.  Consumption, hoarding or possession of unauthorized medications.

☐ G.  Possession of contraband, including but not limited to weapons or any item that may be used as a weapon.

☐ H.  Alter, destroy, damage or deface Jail Property Example: Writing on a surface, wall, etc.) or another company's or person's property (Example: telephone, telephone system, tablets, computers, etc.

☐ I.  Inciting and/or participating in a riot.

☐ J.  Committing a sex offense or to make sexual proposals or threats.

☑ K.  Fighting or threatening with harm, either verbally or physically, any Corrections Officer, Staff, Volunteer or Inmate.

☐ L.  Extortion, blackmail, demanding or receiving money or anything of value for protection against others or threat of informing or to prevent informing.

☐ M.  Setting any fire for any purpose

☐ N.  Theft or taking anyone's property without the owners permission.

☐ O.  Tampering or blocking any security/device/door.
    Not securing a cell.

☐ P.  Refusing to lock down or enter section/cell/pod.

☐ Q.  Flooding or any act which causes any area of the Jail to flood.

☐ R.  Any other acts Punishable by Indiana Law.

☐ S.  Habitual violation of three (3) Minor Offenses at separate and distinct times.

☐ T.  Switching and/or wearing the wristband of another inmate.

Revised March 2016
PJL/NG

# DISCIPLINARY HEARING DISPOSITION

| INMATES NAME: | RACE: | DATE OF BIRTH | CELL | DATE OF OFFENSE |
|---|---|---|---|---|
| GARRETT WHITTENBURG | BLACK | 12-4-82 | 3SD | 2-20-23 |

| DATE INTO SEGREGATION | PRELIMINARY HEARING | CONTINUE DATE |
|---|---|---|
| 2-20-23 | 2-21-23 | |

**MINOR CHARGES:** G

**MAJOR CHARGES:** K

| INMATES PLEA | GUILTY | NOT GUILTY | WITNESS |
|---|---|---|---|
| MINOR RULES | | G | |
| MAJOR RULES | | K | |

| H.O. FINDING | GUILTY | NOT GUILTY | WITNESS |
|---|---|---|---|
| MINOR RULES | | G | |
| MAJOR RULES | K | | |

**FORMAL HEARING DATE**
FEBRUARY 23, 2023

**DISPOSITION**

30 **DAYS BEGINNING** FEBRUARY 21, 2023

30 **DAYS BEGINNING** 0 **DAYS SUSPENDED**

**RELEASE DATE:** March 23, 2023

## FINDINGS OF FACTS:

Inmate Whittenburg requested a Formal Disciplinary Hearing with a plea of NOT GUILTY to the charges of Major Offense(s) K and Minor Offense(s) G. The Disciplinary Hearing Board has reviewed the evidence, listened to the testimony and witnesses and has determined the inmate is..........

Inmate **GARRETT WHITTENBURG** was found Guilty of
**MAJOR OFFENSE K**
**VISITATON DATE(S)**: 2/27/23, 3/13/23
**INTERNET PRIVILEGE**: DURING VISITATION
**COMMISSARY PRIVILEGES**: Hygiene, Health Care, Paper Products **ONLY**
**OUTDATE**: MARCH 23, 2023

A - 697
**SIGNATURE H.B. MEMBER**
_COPY INMATE_

**SIGNATURE H.B. MEMBER**
_COPY INMATE JACKET_

**SIGNATURE H.B. MEMBER**