# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRETT WHITTENBURG

               Plaintiff

   v.

Civil Action No.  2:23-cv-422

LAKE COUNTY JAIL

JARRE H
*Classification, last, First unknown*

GENTRY
*First Unknown, last, Classification*

FRAZIER
*First unknown, last, Correctional Officer*

MLODECHIT
*first unknown, last, Correctional Officer*

HARRINGTON
*First unknown, last, Correctional Officer*

HAM
*First unknown, last, Correctional Officer*

MURPHY
*first unknown, last, Correctional Officer*

MEYER
*First unknown, last, Correctional Officer*

BROWER
*Correctional Officer, First unknown, last*

NICHOLAS
*Corpal, First unknown, last*

CORRECTIONAL OFFICER
*First unknown, last unknown*

**CORRECTIONAL OFFICER**
*Unknown first, unknown last*

**CORRECTIONAL OFFICER**
*first unknown, last unknown*

**SHANNON SWART**
*first unknown, last*

**BOWEN**
*first unknown, last, Correctional Officer*

**LAURENT**
*First unknown, last, Correctional Officer*

                Defendants

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This lawsuit is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty

DATE: 2/14/2024                    CHANDA J. BERTA, CLERK OF COURT


                                    by  s/ S. Jarrell_____
                                    *Signature of Clerk or Deputy Clerk*